JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CENTRE ONE,<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>AT&T, INC.,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO. 8:18-cv-01527-CJC-KES<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>**JURY TRIAL DEMANDED** |

In consideration of the parties' Joint Stipulated of Dismissal of all claims with prejudice and all counterclaims without prejudice asserted between Plaintiff Centre One and Defendant AT&T Corp., the Stipulation of Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Centre One and AT&T are hereby dismissed with prejudice and AT&T's counterclaims are dismissed without prejudice.

It is further ORDERED that each party will be responsible for its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: December 16, 2019

_____
Hon. Cormac J. Carney
United States District Judge

1